UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIGUEL ROMERO,

Plaintiff,

v.

KERN COUNTY SHERIFF, ET. AL.,

Defendants.

Case No. 1:26-cv-08872-HBK (PC)

ORDER DIRECTING PLAINTIFF TO FILE FULLY COMPLETED APPLICATION OR PAY FILING

NOVEMBER 30, 2026 DEADLINE

(Doc. 2)

Plaintiff Miguel Romero initiated this action by filing a pro se civil rights complaint under 42 U.S.C. § 1983 on October 28, 2026 while detained in the LERDO Justice Facility. (Doc. 1). Plaintiff concurrently moved to proceed *in forma pauperis* under 28 U.S.C. § 1915. (Doc. 2).

Plaintiff's application fails to comply with § 1915(a)(1)(2). In addition to filing an affidavit of indigency, a prisoner "shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the six-month period immediately proceeding the filing of the complaint . . . obtained from the appropriate official of each prison at which the prisoner is or was confined." *Id*. Here, the "Certificate" portion of Plaintiff's IFP application is blank and was not completed and certified by an authorized official. (*See* Doc. 2 at 2).

Accordingly, it is **ORDERED**:

1. No later than November 30, 2026, Plaintiff shall either: (1) complete the attached application to proceed *in forma pauperis* in its entirety with an authorized correctional official completing the "Certificate" section of the application, or by filing a prison trust account statement reflecting the 6 months of transactions preceding the filing of the complaint; or (2) pay the $405.00 filing fee for this action.

2. Absent good cause, the Court will not grant any motions for extension of time.

3. Failure to comply with this order will result in a recommendation that this action be dismissed for failure to prosecute and/or comply with the court's orders.

4. The Clerk is directed to include a blank application to proceed *in forma pauperis* with this order.

Dated: October 30, 2026

Helena M. Barch-Kuchta
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE